IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-255-LY |
| | § | |
| PERFUMANIA.COM, INC., | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On June 4, 2021, Plaintiff Symbology Innovations, LLC filed a Notice of Voluntary Dismissal Without Prejudice (Doc. #11) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __8th__ day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE